UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>WILLIAM L. WHALEY, JR., PAULA A. WHALEY,)<br>WHALEY PARTNERS, JUDY ANN TAYLOR )<br>PERKINS, BJF, LLC and BVF LLC, )<br>      Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:09-CV-135-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that because the record shows that all matters in controversy have now been resolved, the Clerk of Court is DIRECTED to dismiss this action and close the case.

**This Judgment Filed and Entered on June 11, 2012, and Copies To:**

R. A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)
S. Katherine Burnette (via CM/ECF Notice of Electronic Filing)
A. Scott McKellar (via CM/ECF Notice of Electronic Filing)
Tommy W. Jarrett (via CM/ECF Notice of Electronic Filing)
Trawick H. Stubbs, Jr., (via CM/ECF Notice of Electronic Filing)

DATE                                        JULIE A. RICHARDS, CLERK
June 11, 2012                           /s/ Susan K. Edwards
                                               (By) Susan K. Edwards, Deputy Clerk